# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-1352

—————————————————

MICHAEL L. ALLEN,

Appellant,

v.

STATE OF FLORIDA

Appellee.

—————————————————

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 19, 2019

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Luke Newman of Luke Newman, P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General, Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.